**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 16, 2008**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| HAROLD DOYLE, | Case No. 2-08-BK-08776-PHX-RJH |
| | **ORDER DISMISSING CASE** |
| Debtor. | |

The Trustee having notified the Court that the Debtor has made no Plan payments as required by 11 U.S.C. § 1326(a)(1) and Local Rule 2084-10(e), the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1) and (c)(4).

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. The Trustee may agree to reinstatement of the case if the Debtor files a motion for a Court order that the plan payments be payroll deducted from wages. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on the Debtor's motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal; and

1       (C) Except as otherwise ordered, all pending adversary proceedings, contested matters, and
2 administrative hearings relating to this case are vacated.

ORDER SIGNED AND DATED ABOVE

A copy of the proposed Order Dismissing Case
was mailed by the Chapter 13 Trustee
on or before the date signed below to:

Harold Doyle
3857 W Calle Le Jos
Glendale, AZ 85310

Debtor

Joseph W. Charles
PO Box 1737
Glendale, AZ 85311

Attorney for Debtor

Sarah Anderson
Office of Chapter 13
Trustee, 3838 N Central
Ave., Ste 800, Phoenix,
AZ 85012-1965
2008.12.03 12:56:43
-07'00'

*sanderson@ch13bk.com*

GRANTED

*In re Harold Doyle*
*Case No. 2-08-BK-08776-PHX-RJH*
*Order Dismissing Case*
- 2 -

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: fagans                  Page 1 of 2              Date Rcvd: Dec 17, 2008
Case: 08-08776                 Form ID: pdf002               Total Served: 44
```

The following entities were served by first class mail on Dec 19, 2008.
```
db            +HAROLD DOYLE,    3857 WEST CALLE LE JOS,    GLENDALE, AZ 85310-4153
aty            JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
smg           +AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ 85007-2612
cr           +++Countrywide Home Loans, Inc.,    c/o McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
cr           +++United Consumer Financial Services,    c/o Bass & Associates,    3936 E. Ft. Lowell Rd,   Suite 200,
               Tucson, AZ 85712-1083
7461743       +AMERICAN EXPRESS,    BOX 001,    Los Angeles CA 90096-8000
7461745       +ARROWHEAD HOSPITAL PROCESSING CENTER,    P. O. Box 6195,    Reading PA 19610-0195
7565706        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7481155       +American Express Centurion Bank,    c/o Phillips and Cohen Associates, LTD,
               258 Chapman Rd, Ste 205,    Newark DE 19702-5444
7461746        BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
7461747        CITICARDS,    P. O. Box 6406,    The Lakes NV 88901-6406
7461748       +COUNTRYWIDE,    P. O. Box 650070,    Dallas TX 75265-0070
7461749       +COX COMMUNICATION,    P. O. Box 78071,    Phoenix AZ 85062-8071
7537986       +Countrywide Home Loans, Inc.,    Bankruptcy Department,    7105 Corporate Drive,
               Mail Stop PTX-C-35,    Plano, TX 75024-4100
7461750        DELL PREFERRED ACCOUNT,    Payment Processing Center,    P. O. Box 6403,
               Carol Stream IL 60197-6403
7496649        Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
               Greenville, SC 29603-0390
7461751       +EMERGENCY PHYSICIANS PROFESSIONAL ASSOC.,    P. O. Box 40850,    Mesa AZ 85274-0850
7461752       +EXECUTIVE TRUSTEE SERVICES, LLC,    2255 NORTH ONTARIO STREET #400,    Burbank CA 91504-3190
7461753       +FREDERICK HANNA& ASSOC,    1427 ROSWELL ROAD,    Marietta GA 30062-3668
7461755        HOMECOMINGS FINANCIAL,    P. O. Box 79135,    Phoenix AZ 85062-9135
7461756       +HSBC CARD SERVICES,    P. O. Box 60102,    City Of Industry CA 91716-0102
7461757        I.C. SYSTEMS, INC,    444 HIGHWAY 96 EAST,    P.O. BOX 64887,    Saint Paul MN 55164-0887
7461758       +MARICOPA COUNTY TREASURER,    P.O. BOX 54133,    Phoenix AZ 85078-4133
7461759        MAYO CLINIC ARIZONA,    P. O. Box 52557,    Phoenix AZ 85072-2557
7461760       +MORTGAGE ELECTRONIC REGISTRIONA,    1100 VIRGINIA DRIVE,    Fort Washington PA 19034-3204
7588756       +PRA Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               NORFOLK VA 23541-0914
7461762        SEARS CREDIT CARDS,    P. O. Box 6937,    The Lakes NV 88901-6937
7461763       +SUN VALLEY ORTHOPEDIC,    14506 West Granite Valley Drive,    Suite 205,
               Sun City West AZ 85375-6012
7505749       +THE BUREAUS INC,    1717 CENTRAL STREET,    EVANSTON IL 60201-1590
7461764        THE CBE GROUP SW, INC.,    Payment Processing Center,    P. O. Box 14551,
               Des Moines IA 50306-3551
7461765        UNITED CONSUMER FINANCIAL,    P.O. BOX 856290,    Louisville KY 40285-6290
7683622       +United Consumer Financial Serv,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson AZ 85712-1083
7461766       +VALENTINE & kEBARTAS, INC,    P.O. BOX 325,    Lawrence MA 01842-0625
7461767        WELLS FARGO,    P. O. Box 60510,    Los Angeles CA 90060-0510
7461768       +WELLS FARGO BANK,    ROOMSTORE,    P.O. BOX 98796,    Las Vegas NV 89193-8796
7461769        WELLS FARGO FINANCIAL BANK,    P. O. Box 98751,    Las Vegas NV 89193-8751
7497608       +Wells Fargo Financial Arizona, Inc.,    Attn: Mac F6582-034,    PO Box 500,
               Chester, PA 19016-0500
7521491       +Wells Fargo Financial Bank,    Attn Payment Processing,    PO Box  14487,
               Des Moines IA 50306-3487
7672946       +Wells Fargo Financial National Bank,    4137 121st Street,    Urbandale IA 50323-2310
7629081        eCAST Settlement Corporation assignee of,    FIA Card Services aka Bank of America,    POB 35480,
               Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Dec 18, 2008.
```
7461744       +E-mail/Text: bankruptcy@azstcu.org                            ARIZONA STATE CREDIT UNION,
               2355 W PINNACLE PEAK RD,    PHOENIX AZ 85027-1261
7470191       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2008 03:34:20      GE Consumer Finance,
               For GE Money Bank,    dba DISCOUNT TIRE/GEMB,    PO Box 960061,    Orlando FL 32896-0061
7461754        E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2008 03:34:30      GE MONEY BANK,    P. O. Box 960061,
               Orlando FL 32896-0061
7641180        E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7461761        RSP LOAN
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2008**          **Signature:**     *Joseph Speetjens*