# United States Bankruptcy Court
FOR THE DISTRICT OF ARIZONA
Final Report and Account

In RE:    HAROLD DOYLE                                    Case Number    08-08776-RJH

SS #:    xxx-xx-6417

Plan Filed:    7/16/2008    Plan Not Confirmed            Case Dismissed :    12/16/2008

HAROLD DOYLE
3857 WEST CALLE LE JOS
GLENDALE AZ 85310                                                         0.00

| Creditor Name | Class | Debt | Principal Paid | Interest Paid | Unpaid Amt |
|---|---|---|---|---|---|
| ARIZONA STATE CRUN /FKA AZ STA | Sec | 10,358.28 | | | $10,358.28 |
| WELLS FARGO AUTO FINANCE | Sec | 14,552.49 | | | $14,552.49 |
| JOSEPH W. CHARLES | Leg | 0.00 | | | $0.00 |
| RUSSELL A. BROWN | Tru | 0.00 | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Debtor | Trustee | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $24,910.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $24,910.77 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Total Paid | $0.00 |

Pursuant to FRBP 5009, the Trustee certifies that this estate has been fully administered.
The Trustee requests that the Court enter an Order discharging the Trustee pursuant to Section 350.
Dated: 1/27/2009

Attorney:    JOSEPH W. CHARLES
P.O. BOX 1737
GLENDALE AZ 85311-